JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH H. MANGES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:19-cv-10552 RGK (JPRx)<br><br>(Honorable R. Gary Klausner, Courtroom: 850 – Roybal)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(a)]<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: December 13, 2019 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1027191\305204622.v1

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 31, 2020

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1027191\305204622.v1